**E-filed: November 16, 2021**

Robert R. Kinas (NV Bar No. 6019)
Patrick G. Byrne (NV Bar No. 7636)
Charles E. Gianelloni (NV Bar No. 12747)
Aleem Dhalla (NV Bar No. 14188)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: rkinas@swlaw.com
pbyrne@swlaw.com
cgianelloni@swlaw.com
adhalla@swlaw.com
*Attorneys for Rep-Clark, LLC*

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>GYPSUM RESOURCES MATERIALS, LLC, fdba High Grade Gypsum, LLC,<br><br>Affects:<br>☒ All Debtors<br>☐ Gypsum Resources Materials, LLC (19-14796-mkn)<br>☐ Gypsum Resources, LLC (19-14799-mkn)<br><br>Debtors. | Case No. 19-14796-mkn – LEAD CASE<br><br>Chapter 11<br><br>Jointly Administered<br><br>**Adversary Proceeding No. 19-01083-mkn**<br><br>**NOTICE OF ENTRY OF ORDER** |
| GYPSUM RESOURCES, LLC, a Nevada limited liability company; and GYPSUM RESOURCES MATERIALS, LLC, a Nevada limited liability company;<br><br>Plaintiffs,<br><br>v.<br><br>REP-CLARK, LLC, a Colorado limited liability company;<br><br>Defendant. | |

PLEASE TAKE NOTICE that an *Order Approving Stipulation to Continue Trial Dates and Related Trial Deadlines (Second Request)* [ECF No. 177] ("Order") was entered in the above-referenced case on November 16, 2021.

///

///

A copy of said Order is attached as **Exhibit 1**.

DATED this 16th day of November 2021.

SNELL & WILMER L.L.P.

/s/ Robert R. Kinas

Robert R. Kinas (NV Bar No. 6019)
Patrick G. Byrne (NV Bar No. 7636)
Charles E. Gianelloni (NV Bar No. 12747)
Aleem Dhalla (NV Bar No. 14188)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
*Attorneys for Rep-Clark, LLC*

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

# EXHIBIT 1

EXHIBIT 1

Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
November 16, 2021

Robert R. Kinas (NV Bar No. 6019)
Patrick G. Byrne (NV Bar No. 7636)
Charles E. Gianelloni (NV Bar No. 12747)
Alexis R. Wendl (NV Bar No. 15351)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: rkinas@swlaw.com
pbyrne@swlaw.com
cgianelloni@swlaw.com
awendl@swlaw.com
*Attorneys for Rep-Clark, LLC*

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>GYPSUM RESOURCES MATERIALS, LLC, fdba High Grade Gypsum, LLC,<br><br>Affects:<br>☒ All Debtors<br>☐ Gypsum Resources Materials, LLC (19-14796-mkn)<br>☐ Gypsum Resources, LLC (19-14799-mkn)<br><br>Debtors. | Case No. 19-14796-mkn – LEAD CASE<br><br>Chapter 11<br><br>Jointly Administered<br><br>**Adversary Proceeding No. 19-01083-mkn** |
| GYPSUM RESOURCES, LLC, a Nevada limited liability company; and GYPSUM RESOURCES MATERIALS, LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>REP-CLARK, LLC, a Colorado limited liability company,<br><br>Defendant. | **ORDER APPROVING STIPULATION TO CONTINUE TRIAL DATES AND RELATED TRIAL DEADLINES**<br><br>**(Second Request)**<br><br>**TRIAL**<br><br>**Old Date: November 29 & 30, 2021**<br>**Old Time: 9:30 a.m.**<br><br>**New Date: December 13 & 14, 2021**<br>**New Time: 9:30 a.m.** |

THIS MATTER having come before the Court on Rep-Clark, LLC ("Defendant"), Gypsum Resources, LLC ("GR") and Gypsum Resources Materials, LLC's ("GRM," and together with GR and Defendant, the "Parties") Stipulation to Continue Trial Dates and Related Trial Deadlines (Second Request) ("Stipulation"); the Court having considered the Stipulation; and good cause having been shown,

**IT IS HEREBY ORDERED** that the Stipulation is approved; and

**IT IS FURTHER ORDERED** as follows:

1. That the trial dates are continued and related trial deadlines are extended as follows:
   - Alternate Direct Testimony Declarations – **December 7, 2021**
   - Joint Pretrial Statement – **November 19, 2021**
   - Objections pursuant to Fed. R. Bank P. 7026(a)(3) – **seven (7) days after filing the Trial Statement**
   - Pretrial Motions/Motions in Limine – **November 19, 2021**
   - Responses to Pretrial Motions/Motions in Limine – **December 7, 2021**
   - Coordinate Exhibit/Witness Lists with Courtroom Deputy, Cathy Shim – **December 9, 2021**
   - Trial – **December 13 & 14, 2021 at 9:30 a.m.**
2. That all remaining provisions of the Order Regarding Pretrial and Trial Matters [ECF 119] shall remain as they are.

**IT IS SO ORDERED.**

Respectfully submitted by:

SNELL & WILMER L.L.P.

*/s/ Robert R. Kinas*

Robert R. Kinas (NV Bar No. 6019)
Patrick G. Byrne (NV Bar No. 7636)
Charles E. Gianelloni (NV Bar No. 12747)
Aleem A. Dhalla (NV Bar No. 14188)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
*Attorneys for Rep-Clark, LLC*

###

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200